```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YHANKA VERAS,

                             **Plaintiff,**                  22-CV-00056 (VEC)(SN)

               -against-                                  **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                            **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 4, 2022, pro se Plaintiff Yhanka Vera filed an employment discrimination case against her former employer, the New York City Department of Education, and others. Because Plaintiff is proceeding in forma pauperis, she is entitled to service by the U.S. Marshal Service ("USMS"). The docket reflects that service documents were presented to the USMS on February 18, 2022, by there is no record of service on the docket. To assist the Court, this order is being sent to the Office of the Corporation Counsel to determine whether service on the New York City Department of Education was accepted and to request notification to the Court of Defendants' deadline to respond. Accordingly, the Clerk of Court is respectfully directed to mail a copy of this order to: New York City Law Department, Labor and Employment Law Division, 100 Church St., New York, NY, 10007.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     April 18, 2022
                 New York, new York