UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YHANKA VERAS,

                      **Plaintiff,**                    22-CV-00056 (VEC)(SN)

      -against-                                **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                      **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's opposition to Defendants' motion to dismiss, ECF No. 19, was due on July 19, 2022. As of the issuance of this order, Plaintiff has filed no opposition. In light of Plaintiff's *pro se* status, the Court grants her an extension of time to file her opposition. Plaintiff's opposition must be filed no later than July 29, 2022. Defendants' reply, if any, is due 7 days after Plaintiff's opposition is filed. Plaintiff is advised that if she fails to file an opposition by July 29, 2022, the Court will consider Defendants' motion to dismiss fully briefed and ready for resolution.

**SO ORDERED.**

                                                                                 SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      July 22, 2022
                 New York, new York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2022