UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YHANKA VERAS,

                                Plaintiff,                  22-CV-00056 (VEC)(SN)

      -against-                                        **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 22, 2022, the Court advised Plaintiff that if she failed to file an opposition to Defendants' motion to dismiss by July 29, 2022, the Court would consider Defendants' motion fully briefed and ready for resolution. As of the issuance of this order, Plaintiff has filed no opposition. Accordingly, the Court considers Defendants' motion to dismiss fully briefed and will resolve it in due course.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      August 4, 2022
                 New York, new York