**KISSINGER N. SIBANDA Esq, Attorney at Law**
The Law Offices of Kissinger N. Sibanda Esq
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plantiff.*

## United States District Court
## For the Southern District Of New York

|  |  |
|---|---|
| YHANKA VERAS <br><br> *Plaintiff,* <br><br> v. <br><br> NEW YORK CITY DEPT' OF EDUCATION, JAVIER TREGO, VIDAL RAMIREZ. <br><br> *Defendant.* | PLAINTIFF'S EX PARTE MOTION TO STRIKE DOC. <u>36</u>: STATUS LETTER. |

- 1 -

MOTION TO STRIKE.

HON. JUDGE JENNIFER L. ROCHON:

Plaintiff counsel would like to withdraw/strike Docket No. 36. A new status letter will be filed. My apologies for any inconvenience on the court.

Dated: 10/12/2022                                                                     LIVINGSTON, NJ

By: /s/ *Kissinger N. Sibanda*

**KISSINGER N. SIBANDA ESQ**
The Law Offices of Kissinger N. Sibanda
LL.B ( Hons); LL.M ( State / Trial); LL.M ( Federal/ Trial)
Admitted: United States Supreme Court

The request to strike ECF No. 36 is GRANTED.

Dated: October 13, 2022
          New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON
United States District Judge

- 2 -

MOTION TO STRIKE.

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that all parties are registered with ECF and received filing of this motion TO STRIKE through the ECF system.

October 12, 2022

Signature /S/ Kissinger N. Sibanda
**Kissinger N. Sibanda**
Firm: The Law Offices of Kissinger N. Sibanda
Telephone / Fax: 862-250-9684
Email: ksibanda@temple.edu
<u>Mail to</u>: PO Box 714. Livingston. NJ 07039
DC # 1017426

- 3 -

MOTION TO STRIKE.