UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YHANKA VERAS,<br><br>                      Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION et al.,<br><br>                      Defendants. | 22-cv-00056 (JLR) (SN)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff has filed an objection to the Honorable Sarah Netburn's October 31, 2022 Order granting Defendants a one week extension of time to file a reply brief for their motion to dismiss. *See* ECF Nos. 50, 51. The Court reviews to determine whether any part of the order granting an extension of time to file a reply brief is "clearly erroneous or is contrary to law." Fed. R. Civ P. 72(a).

Local Rule 7.1 permits parties to make applications for extensions and "similar non-dispositive matters" by letter motion. Accordingly, Defendants' request for additional time to file a reply brief (ECF No. 46) was a non-dispositive letter motion within the ambit of a magistrate judge both according to the federal rules and local rules. Fed. R. Civ. P. 72(a); Local Rule 7.1. Moreover, the Order of Referral in this case includes a referral for dispositive motions, including the present motion to dismiss. ECF No. 8.

While the Court did not detail its reasoning in its order granting the one week extension (ECF No. 49), orders for extension of time are commonly granted without written opinions in this district and is not evidence that the Court did not consider Plaintiff's arguments. The extension requested was minimal and does not cause any demonstrated prejudice. Upon review of the

underlying letter motions and the order granting relief, the Court finds no clear error or violation of law.

The objection and appeal of Plaintiff is hereby DENIED.

Dated: November 1, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge
