**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

YHANKA VERAS,

                        **Plaintiff,**

        **-against-**

NYC DEPARTMENT OF EDUCATION, et al.,

                        **Defendants.**

------------------------------------------------------------------X

**22-CV-00056 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 17, 2022, the Court issued a Mediation Referral Order for Pro Se

Employment Discrimination Cases ECF No. 9. Thereafter, counsel appeared for Plaintiff and,

since that time, the Defendants have appeared and moved to dismiss this action.

In light of the prior Mediation Referral Order, the parties are directed to meet and confer

and file with the Court a joint letter, no later than November 7, 2022, informing the Court of

whether they are willing to participate in mediation at this time. It is the Court's understanding

that a mediator is available to conduct the mediation within the next 30-60 days.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 2, 2022
                New York, new York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 11/2/2022 ___