```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YHANKA VERAS,

                                    **Plaintiff,**                  22-CV-00056 (JLR)(SN)

    -against-                                                       **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                                  **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        To the extent Plaintiff seeks discovery to assist in the development of the facts for her Amended Complaint, that motion is denied. See Fed. R. Civ. P. 26(d). To the extent Plaintiff is likely to be "unavailable" to attend trial or testify in her case because of her "illness [or] infirmity," Fed. R. Civ. P. 32(a)(4), Plaintiff, through counsel, may coordinate with defense counsel to conduct a *de bene esse* deposition to preserve her testimony. Plaintiff is reminded that any amended complaint must be filed by February 22, 2023.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      January 27, 2023
                  New York, New York