UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yhanka Veras, ) | 1:22—cv-00056 -JLR-SN |
| *Plaintiff*, ) | |
| ) | Letter: Plaintiff's Request for Limited |
| v. ) | Discovery |
| ) | |
| NEW YORK CITY DEPT' OF ) | |
| EDUCATION, JAVIER TREJO, MANUEL ) | |
| RAMIREZ. ) | |
| ) | |
| *Defendant.* ) | |

Judge Sarah Netburn:

    Please state your legal reasons for denying plaintiff's request for an extension of time because plaintiff would like to make a timely objection to the District Judge, and to request more time to make a more complete amended complaint.

    For one, plaintiff does not agree that limited discovery in this instance is "assisting to get facts," for an amended compliant because plaintiff is legally disabled. The court should act within the confines of equal justice, as it is subjectively seen, limited discovery is necessitated by plaintiff's disability. It is not a personal favor for the plaintiff.

    Secondly, there is no reason given for denying an extension for the return of the amended complaint. An extension is necessary given that coordination is now necessary for the *de bene esse* deposition between parties.

    Finally, Magistrate judge filed this order without even allowing opposing counsel to make a submission on the matter, so it is not clear why an extension for time has been denied.

.

Dated: 1/27/2023                                                  Respectfully Submitted,

                                                                    Applicant Signature /S/ Kissinger N. Sibanda
                                                                             Counsel's Name: **Kissinger N. Sibanda**
                                                            Firm: The Law Offices of Kissinger N. Sibanda
                                                                       Telephone / Fax: 862-250-9684
                                                                            Email: ksibanda@temple.edu
                                                               <u>Mail to</u>: PO Box 714. Livingston. NJ 07039

# CERTIFICATE OF SERVICE

This is to certify that all parties are registered with ECF and received filing of this motion through the ECF system.

| | |
|---|---|
| January 27th, 2023. | Signature /S/ Kissinger N. Sibanda |
| | Kissinger N. Sibanda |
| | Firm: The Law Offices of Kissinger N. Sibanda |
| | Telephone / Fax: 862-250-9684 |
| | Email: ksibanda@temple.edu |
| | Mail to: PO Box 714. Livingston. NJ 07039 |
| | DC # 1017426 |