**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

YHANKA VERAS,

                              **Plaintiff,**

              **-against-**

NYC DEPARTMENT OF EDUCATION, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: __ 2/6/2023 |

**22-CV-00056 (JLR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Tuesday, February 7, 2023, at 3:00 p.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss Plaintiff's representation that Ms. Veras is likely to be unavailable at trial and therefore a deposition to preserve her testimony is needed. As the Court has already held, such deposition, should it occur, does not affect the February 22 deadline to file an amended complaint.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 6, 2023
              New York, New York