UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YHANKA VERAS,

                              **Plaintiff,**

        -against-

NYC DEPARTMENT OF EDUCATION, et al.,

                              **Defendants.**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2023

22-CV-00056 (JLR)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

       As stated during today's conference, Plaintiff's deadline to file an amended complaint remains February 22, 2023. Defendants shall answer or otherwise respond to the second amended complaint no later than March 15, 2023. Thereafter, the parties may coordinate the *de bene esse* deposition of Ms. Veras.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      February 7, 2023
               New York, New York