UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YHANKA VERAS,

                              Plaintiff,                      22-CV-00056 (JLR)(SN)

        -against-                                              **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 28, 2023, the Court ordered counsel for Plaintiff to show cause why he should not be sanctioned for inappropriate communications with courthouse staff. On August 30, 2023, counsel timely responded by filing an affidavit in which he denied having engaged in any inappropriate behavior and requested an evidentiary hearing on the matter.

        The Court declines to hold an evidentiary hearing, namely because, contrary to counsel's assertion, incoming calls to the courthouse are not recorded as a matter of course. The Court is thus left with a "he said, she said" dynamic that it declines to engage with any further. Counsel is reminded of his professional duty to act with civility in all his dealings with the Court and its staff. Accordingly, the Court will not sanction counsel but instead warns that further inappropriate conduct may result in an order barring counsel from non-urgent telephone communications with Court staff.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      September 5, 2023
                 New York, New York