**KISSINGER N. SIBANDA Esq, Attorney at Law**
The Law Offices of Kissinger N. Sibanda Esq
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plaintiff.*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| YHANKA VERAS | Case No: 1:22-cv-00056-JLR-SN |
| *Plaintiff,* | PLAINTIFF'S INQUIRY |
| v. | Status of Report and Recommendation |
| New York Department of Education et al | |
| *Defendants.* | |

Hon. Jennifer L. Rachon,

Plaintiff would like to respectfully bring to the court's attention that the determination on Judge Sarah Netburn's Report and Recommendation has been

Plaintiff's Letter:

Regarding the status of the Report and Recommendation.

docketed for over 120 days, since September 15th, 2023. Plaintiff continues to have health issues.

    Plaintiff appreciates the court's attention to this matter.

Respectfully submitted,

Dated: 02/02/2024

Livingston, NJ

By: Dr. Kissinger N. Sibanda

*Attorney for plaintiff*

Plaintiff's Letter:

Regarding the status of the Report and Recommendation.