**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
YHANKA VERAS,

                Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION
et al.,

                Defendants.
------------------------------------------------------------------------X

22 **CIVIL** 056 (JLR) (SN)

## JUDGMENT

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 17, 2024, the Court OVERRULES Plaintiff's objections. Defendants' motion to dismiss is GRANTED, and Plaintiff's request for leave to amend is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

     July 18, 2024

                            **DANIEL ORTIZ**

                          _____
                             **Acting Clerk of Court**

               **BY:**
                            _____
                             **Deputy Clerk**